UNITED STATES DISTRICT COURT MASSACHUSETTS

_____

Dan Howitt,
                           Plaintiff,                                                      1:24CV11991PBS
v
Linda Levine, et al,
                           Defendants.
_____

**PLAINTIFF'S MOTION FOR CLARIFICATION ON THE ISSUE OF FILING AN AMENDED COMPLAINT, INCLUDING IN RELATION TO PLAINTIFF'S CASE 1:24CV13204-ADB IN WHICH I WAS RECENTLY ALLOWED TO FILE A MOTION FOR LEAVE TO AMEND THAT INCLUDS MY PROPOSED AMENDED COMPLAINT**

1          In my case 1:24CV13204-ADB, Judge Burrows in Document 96 recently instructed me as follows: "Plaintiff is advised that his amended complaint was dismissed without prejudice. See [ECF No. [94]]. If Plaintiff wishes to file a second amended complaint, he must file a motion for leave to amend and attach his proposed second amended complaint to that motion. (CAM)".

2          Regarding Judge Burrow's above "dismissed without prejudice", and before her above quite, she stated, "Plaintiff's motion to vacate the dismissal of his amended complaint, [ECF No. [95]], is DENIED".  I believe that the same is true of this Howitt v Levine case.

3          I am unclear why a judge of this Howitt v Levine case did not advise me as Judge Burrows does above.  I would like to ask if I am allowed, as she states above about that other case, to file a motion for leave to amend and attach my proposed amended complaint to that motion.  If so, I likely will be able to do this by this Sunday, because, akin to my amended complaint for my above other case, it will be reduced to approximately 5-10 pages, and be guided by FRCP more carefully.

4          As pro se with medical limitations I am disadvantaged and have been relying on FRCP 8(e) and _Erickson v Pardus_, 551 U.S. 89 (2007) regarding the following, and clearly Judge Burrows has been employing these for the sake of justice:

Leniency for Pro Se Litigants:  Judges apply this principle generously to self-represented (pro se) individuals and will attempt to decipher the core claim to ensure they get their day in court.

Liberal Amendment:  If a pleading is deemed insufficient, including if it has technical and procedural mistakes, but has a valid underlying claim, judges typically allow the party to amend their document rather than throwing the case out entirely.

Submitted by,

Dan Howitt, 6/12/26

Certificate Of Service:  Today I served this document to defendant's attorney David Frye by efile.

1